UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICK PEROTTI, individually and on behalf of all others similarly situated, | Case No. 1:23-cv-03063-NRB |
| Plaintiff, | Judge Naomi Reice Buchwald |
| vs. | |
| CADWALADER, WICKERSHAM & TAFT LLP, | |
| Defendant. | |

## PLAINTIFF'S NOTICE OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff, acting through his counsel, hereby provides notice of the dismissal of this action with prejudice as to Plaintiff Patrick Perotti's claims, with each party to bear their own attorneys' fees and costs. The claims of the putative, uncertified class are dismissed without prejudice.

Dated: June 22, 2023

Respectfully Submitted,

/s/Jeffrey S. Goldenberg
Jeffrey S. Goldenberg (admitted *pro hac vice*)
GOLDENBERG SCHNEIDER, LPA
4445 Lake Forest Drive, Suite 490
Cincinnati, Ohio  45242
Phone: 513-345-8291
Fax: 513-345-8294
jgoldenberg@gs-legal.com

Todd S. Garber
Bradley F. Silverman
FINKELSTEIN, BLANKINSHIP,
FREI-PEARSON & GARBER, LLP
455 Hamilton Avenue, Suite 605
White Plains, New York 10601
Phone: (914) 298-3281
Fax: (914) 908-6709
tgarber@fbfglaw.com
bsilverman@fbfglaw.com

> Charles E. Schaffer (admitted *pro hac vice*)
> LEVIN, SEDRAN & BERMAN LLP
> 510 Walnut Street, Suite 500
> Philadelphia, PA 19106
> Phone: (215) 592-1500
> cschaffer@lfsblaw.com
>
> ***Counsel for Plaintiff, Patrick Perotti***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on June 22, 2023, via the Court Clerk's CM/ECF system, which will provide notice to all counsel of record.

> */s/Jeffrey S. Goldenberg*
> Jeffrey S. Goldenberg